UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Coding Technologies, LLC vs. Iconix Ecom, LLC d/b/a Ocean Pacific       1:19-CV-00118
Affidavit of Service

Received by Orange Legal on the __8  *TH__ day of __January__ at __10:00__ PM/AM to be served upon **Iconix Ecom, LLC d/b/a Ocean Pacific**

On the __8th__ day of __January 2019__ at __12:30__ PM/AM I, __DENORRIS BRITT__, SERVED the within named individual at _____ in the manner indicated below:

( ) **INDIVIDUAL SERVICE**, by personally delivering a copy of the below-listed documents to the named Individual.

( ) **SUBSTITUTE SERVICE**, by leaving a copy of the below-listed documents at his/her usual place of abode with _____ (NAME), as _____ (RELATIONSHIP) :a person residing therein of suitable age and discretion who confirmed the Individual resides at the above address and informed that person of the contents thereof.

(XX) **CORPORATE SERVICE**, by personally leaving a copy of the below-listed documents with __AMY MCLAREN__ (NAME) __PROCESS AGENT__ (TITLE) a person authorized to accept service and informed the person of the contents thereof.

Documents to be served: __SUMMONS & COMPLAINT__

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

Race __W__ Age __35__ Sex __F__ Height __5'5__ Weight __130__ Hair __Bro__ Glasses Y or N

I, being first duly sworn on oath, depose and state: I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: __DENORRIS BRITT__     _(signature)_     __1958__     __1/8/19__
         Print              Signature        Server ID #      Date

State of __DE__ County of __NEW CASTLE__
Sworn and subscribed before me on this __8th__ day of __January__, 20 __19__ by the Affiant who is personally known to me.

_____
Notary Public

529033

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020